UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>N. VERA, et al.,<br><br>　　　　　　Defendants. | No. 1:22-cv-00096-ADA-EPG (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 18) |

　　　　Plaintiff Lance Williams is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 14, 2022, the Court issued an order finding that, pursuant to 28 U.S.C. § 1915(g), Plaintiff is not allowed to proceed *in forma pauperis* in this action and denying Plaintiff's application to proceed *in forma pauperis*. (ECF No. 18 at 2.) The Court also ordered Plaintiff to pay the $402.00 filing fee in full within 30 days if he wanted to proceed with this action. (*Id*. at 3.) Plaintiff was warned that if he "fails to pay the filing fee in full within thirty (30) days, this action will be dismissed without prejudice and without further notice." (*Id*.)

　　　　The thirty-day period has expired, and Plaintiff has failed to pay the $402 filing fee.

///

///

1

Accordingly, IT IS SO ORDERED:

1. This action is dismissed without prejudice; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 14, 2022

_____
UNITED STATES DISTRICT JUDGE